No. 98–9517. ROBBINS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9520. WEATHERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9522. VEGA *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–9523. SKIBINSKI *v.* BELL ATLANTIC ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–9526. CARDALES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–9528. HOSKINS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 98–9530. HOMMRICH *v.* MARINETTE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–9532. FRAZIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9534. PARKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9535. PADGETT *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–9541. MCNEILL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–9542. KIRTMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9543. MUNIZ-HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9544. MURILLO *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.